RELATED DDJ

**FILED**
CLERK, U.S. DISTRICT COURT
09/06/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___AP___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

1. KARLA JENETT MOORE
2. 1615 Wilcox Ave 309
   Los Angeles, CA 90028
   (949)282-7565
3. Kayinc.inc@gmail.com

KARLA JENETT MOORE, IN PRO SE

5:25-cv-02363-JGB(DTB)

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

| Karla Jenett Moore, | ) | Jury Trial: **DEMANDED** |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **COMPLAINT FOR DAMAGES SEXUAL ASSAULT JUVENILE DETENTION CENTER** |
| SAN BERNARDINO COUNTY JUVENILE DETENTION CENTER SAN BERNARDINO COUNTY | ) | THIS ACTION IS BROUGHT UNDER PRISON RAPE ELIMINATION ACT (PREA) TITLE 42 U.S.C. 1997 AND TITLE 18, SECTION 242 of the U.S. CODE, FOR CRIMINAL CIVIL RIGHTS VIOLATIONS. TITLE 28 OF THE CODE OF FEDERAL REGULATIONS (CFR)U.S.C. § 1983; 28 U.S.C. § 1983 IS A FEDERAL LAW THAT ALLOWS INDIVIDUALS TO SUE GOVERNMENT EMPLOYEES AND OTHERS ACTING UNDER STATE LAW FOR VIOLATING THEIR CIVIL RIGHTS. .VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. § 1983) CLAIM FOR FOURTEENTH AMENDMENT CLAIM FOR CORRECTIONAL OFFICER CONDUCT THAT SHOCKS THE CONSCIENCE (U.S. CONST. AMEND 14); MONELL CLAIM FOR FAILURE TO TRAIN AND POLICY, PRACTICE AND CUSTOM; AND VIOLATION OF FIRST AMENDMENT RIGHTS |
| Defendant(s). | ) | |

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KARLA JENETT MOORE ) <br> ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SAN BERNARDINO COUNTY ) <br> JUVENILE DETENTION CENTER ) <br> SAN BERNARDINO COUNTY ) <br> ) <br> *Defendant*. ) <br> ) | COMPLAINT <br><br> JURY TRIAL DEMANDED <br><br> Index No. |

## COMPLAINT

Plaintiff Karla Jenett Moore, hereby and through herself, hereby sues Defendant County of San Bernardino Juvenile Detention Center ("Defendant" or "County of San Bernardino Juvenile Detention " "SAN BERNARDINO COUNTY"), and in support thereof, states as follows:

### INTRODUCTION

1. Karla Jenett Moore, I am a courageous sexual assault survivor who was forced to over-come numerous accounts of sexual assault due to the negligence of San Bernardino County.

2. At the age of "sixteen" KARLA JENETT MOORE, was sexually assaulted while being a detainee at the "San Bernardino County Juvenile Detention Center" by female correctional/ female officer employed by City of San Bernardino "TRETOLLA (or similar spelling)" assigned to work as an duty of care officer for Juveniles' jailed.

"MOORE" I, was subjected to sexual harassment by male officers as well that grew worse over time. "TRETOLLA" waited until I was completely vulnerable with snacks and special privileges and sexually assaulted me.

3. I was sexually abused ,sexually assaulted, molested, by SAN BERNARDINO COUNTY JUVENILE DETENTION CENTER; MY nipples, breasts, top of vagina, lips of my vagina, labia of my vagina, clitoris of my vagina, inner thighs, butt , inside cheeks of my butt, top of anal was sexually violated assaulted abused molested by "TRETOLLA " during MANDATORY AND NON MANDATORY SEARCHES.

What is California Assembly Bill No. 218?

To put it in simple terms, the California Assembly Bill No. 218 increased the amount of time survivors of childhood sexual abuse have to file a law suit agaist their abuser. Prior to being sexual assaulted on multiple (self entitled) "cavity seach" instances by a deranged woman employed by San Bernardino City who completed her requirements as a woman officer more than 10 years my senior. "MOORE" I confided in officer "TRETOLLA." The weeks following, "TRETOLLA" ordered "MOORE" me, to the side of the dining area and made it clear that her fellow officers on duty and other employees' would protect her against any allegations I made.

4. Although "MOORE " I, disclosed the sexual assault to my case worker I was too afraid for my safety and of reprisals to make any official report. I suffered in silence.

5. San Bernardino County was aware of the problem of sexual assault and harassment of days of "MOORE " my, at San Bernardino County Juvenile Detention Center SAN BERNARDINO COUNTY.

Recent similar lawsuits can provide proof.

6. By this Complaint, "MOORE" I, seek justice for the sexual assault and sexual harassment I viciously endured

TO DEFENDANT(S) AND THEIR COUNSEL OF RECORD:

**I. Plaintiff, Karla Jenett Moore, submits the following " COMPLAINT FOR DAMAGES" to the Defendant(s), San Bernardino County Child and Family Services Administration, for these reason(s) as follows :**

<u>JURISDICTIONAL ALLEGATIONS</u>

As this action is brought under TITLE 42 U.S.C. 1997 AND TITLE 18, SECTION 242 of the U.S. CODE, FOR CRIMINAL CIVIL RIGHTS VIOLATIONS, this court has jurisdiction over this case under its federal question jurisdiction pursuant to TITLE 42 U.S.C. 1997 AND TITLE 18, SECTION 242 of the U.S. CODE, FOR CRIMINAL CIVIL RIGHTS V<u>I</u>OLATIONS. As the incidents complained of in this action occurred in <u>the City of San Bernardino, County of San Bernardino, State of California</u>, within the <u>territorial jurisdiction</u>

<u>GENERAL ALLEGATIONS</u>

Plaintiff Karla Jenett Moore, hereinafter referred to as "KARLA JENETT MOORE" and/or "plaintiff' and/or "MOORE" is a natural person, who, at all times complained of in this action, resided in the County of San Bernardino, State of California. Defendant County of San Bernardino, hereinafter also referred to as "San Bernardino County Juvenile Detention Center", is a municipal entity located in the State of California; within the territorial jurisdiction of this court. Defendant "San Bernardino Juvenile Detention Center," and/ or are otherwise responsible for and liable to plaintiffs for the acts complained of in this action, whose specific identities are, and remain unknown to plaintiffs, who will amend her complaint to add and to show the actual names of said DOE defendants when ascertained by plaintiff IF NEEDED, if the "sigular" identities are REQUIRED other than "San Bernardino County Juvenile Detention Center," of "WHOM" the responsible "PARTY" is in "WHOLE" other than "TRETOLLA. "

for vicarious liability sexual assault and sexual harassment; to protecting "TRETOLLA " and other personnel from civil, administrative and criminal liability; for interfering with persons' and/or otherwise violating persons' constitutionally protected rights; for covering-up unlawful and tortious conduct by the County of San Bernardino personnel, and were a proximate cause of the very same California state law, and federal and state constitutional violations complained above, and complained of by the plaintiff in this action. Plaintiff is presently unaware of the identities of DOES; and will amend their complaint to add and to show the actual names of said DOE defendants, when ascertained by plaintiffs. Defendant(s) were acting as individual persons under the color of state law; under and pursuant to their status and authority as San Bernardino County Juvenile Detention Center; via bystander liability, via supervisory liability, for refusing to discipline San Bernardino County Juvenile Detention Center Administration Workers who oppressively, maliciously with intent to cause detriment, pain and suffering, psychological and emotional distress, mental anguish, e for covering-up unlawful and tortious conduct by the County of San Bernardino personnel, and were a proximate cause of the very same California state law, and federal and state constitutional violations complained above, and complained of by the plaintiff in this action.

**THEREFORE**, plaintiff prays that an order issue out of this Honorable Court, as follows: 1. For judgment against all DEFENDANT(S), save SAN BERNARDINO COUNTY AND SAN BERNARDINO COUNTY JUVENILE DETENTION CENTER, for compensatory damages amount $1,000,000.00; 2. For judgment against all DEFENDANT(S), save SAN BERNARDINO COUNTY AND SAN BERNARDINO COUNTY JUVENILE DETENTION CENTER, for punitive damages amount $7,000,000.00;

RESPECTFULLY.

1

2    I, Karla Moore, declare under penalty and perjury under the laws of the state of California, that

3    the foregoing is true and correct, and this declaration was executed in Los Angeles, California on:

4

5

6

7

8

9  DATED: September 6, 2025

10                                             KARLA MOORE

11                                             In Pro Per

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28