JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 25-2363 JGB (DTBx) | Date | November 21, 2025 |
|---|---|---|---|
| Title | *Karla Jenett Moore v. San Bernardino County Juvenile Detention Center San Bernardino County* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On September 6, 2025, pro se Plaintiff Karla Jenett Moore ("Plaintiff") filed a complaint against the San Bernardino County Juvenile Detention Center. ("Complaint," Dkt. No. 1.) On the same day, Plaintiff filed a motion for leave to proceed in forma pauperis. ("IFP Request," Dkt. No. 3.) On October 15, 2025, the Court found that Plaintiff had failed to state a claim upon which relief may be granted, denied Plaintiff's IFP Request, and ordered that Plaintiff, within 30 days, pay the full filing fee and file a First Amended Complaint. ("IFP Order," Dkt. No. 6.) The IFP Order warned Plaintiff that failure to timely pay the filing fee would result in dismissal without prejudice of her Complaint. (Id.)

As of the date of this Order, Plaintiff has not paid the filing fee nor filed a First Amended Complaint. Accordingly, the Court **DISMISSES** the Complaint. The Clerk is directed to close the case.

**IT IS SO ORDERED.**